UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 06-30328 |
|---|---|
| PAUL A. PALMER | (Chapter 13) |
| DIANA P. PALMER | |
| Debtors | JUDGE LAWRENCE S. WALTER |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 16/ 27 | CHARMING SHOPPES FASHION BUG<br>% FIRST EXPRESS<br>BOX 856021<br>LOUISVILLE, KY  40285 | 372.69 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/27/2011

Certificate of Service                    06-30328

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

PAUL A. PALMER
DIANA P. PALMER
2211 RICHLEY DRIVE
DAYTON, OH  45408

THOMAS D BERRY
4630 SALEM AVE
DAYTON, OH  45416

(27.1)
CHARMING SHOPPES FASHION BUG
% FIRST EXPRESS
BOX 856021
LOUISVILLE, KY  40285

(75.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(78.1n)
RECOVERY MANAGEMENT SYSTEMS CORP
25 SE 2ND AVENUE
SUITE 1120
MIAMI, FL  33131

Jeffrey M. Kellner BY      ___/s/ Jeffrey M. Kellner_____      sv